Imran F. Vakil, Esq. (Bar No. 248859)
    ivakil@nexiolaw.com
**NEXIO, PC**
245 Fischer Avenue
Suite C3
Costa Mesa, CA 92626
Phone:       (949) 478-6830
Facsimile: (949) 478-1275
*Attorneys for Plaintiff,*
*Live Face On Web, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE FACE ON WEB, LLC, a Pennsylvania limited liability company, | Case No. 2:17-CV-05425 |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| LEIBY JEREMIAS A/K/A LEO JEREMIAS; and DOES 1-10 INCLUSIVE, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

**COMPLAINT**

Plaintiff Live Face on Web, LLC ("**LFOW**"), by and through its attorneys of record, complains against Leiby Jeremias a/k/a Leo Jeremias ("**Jeremias**" or "**Defendant**") and DOES 1-10 inclusive ("DOES")(collectively "**Defendants**") as follows:

## JURISDICTION AND VENUE

1.     This is a civil action for copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 et seq.  This Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2.     As set forth herein, Defendant has used and distributed LFOW's software and/or infringing derivative works thereof on the website(s) located at www.xwebseo.com (the "Defendant's Website" or "www.xwebseo.com"), which are the subject of U.S. Copyright Registrations.  Upon information and belief, Jeremias owns, operates, and/or controls Defendant's Website.

3.     This Court has personal jurisdiction over Jeremias because it has conducted business in and continues to conduct business in this District.  Defendant is subject to the general and specific personal jurisdiction of this Court because of its continuous and systematic contacts with the State of California and this District.

4.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District.

## PARTIES

5.     Plaintiff LFOW is a limited liability company incorporated and existing under the laws of Pennsylvania, with its principal place of business 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966.

6.     Defendant Jeremias, is an individual with a principal place of business at 6250

2

**COMPLAINT**

Hollywood Boulevard, Unit 9I, Los Angeles, CA 90028-5336.  Defendant Jeremias is the registered owner of the xwebseo.com domain(s) during the relevant time frame.

7.      DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.  Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## FACTS COMMON TO ALL COUNTS
### Plaintiff's Business and Copyrighted Technology

8.      LFOW is a software company specializing in borderless video technology. LFOW is the developer and owner of "live person" software, which is an original work of authorship independently created by LFOW ("**LFOW Code**").

9.      The LFOW Code allows a company to display a video of a "walking" and "talking" personal host who introduces a website to an online visitor.  The personal host is, in effect, a web spokesperson for the specific company for whom the video has been created.  Typically the web spokesperson explains a company's products and/or services and directs a visitor's attention to a particular product or aspect of the website.  The LFOW Code is representative of LFOW's advertising idea: LFOW (and its customers) advertise services and solicit business through the use of a website spokesperson, which is typically tailored to specific goods and services found on the associated website.

10.     The LFOW Code enables a company to customize and dynamically modify settings and functionality of the web spokesperson.  By way of example, a customer utilizing the LFOW Code can: (a) manipulate the positioning of the web spokesperson on its website and select between static, relative or dynamic positioning features; (b) adjust the delay between the time an online visitor enters the website and the start time of the web

spokesperson's presentation; (c) select the number of times a video presentation plays for each particular visitor; and (d) select "click on me" functionality that directs a user to a predetermined page or section of the website which promotes goods or services and/or reinforces the image and brand of the customer.

11.     The LFOW Code seeks to enhance a web site by using a real spokesperson to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific goods and services.  This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence.

12.     Generally speaking, the LFOW Code can be implemented by LFOW's customers by modifying the HTML code of the LFOW customer's website.  An HMTL script tag is embedded in the HTML code of the LFOW customer's website, which links the LFOW customer's website to a copy of the LFOW Code.  An LFOW customer has the option of storing the copy of the LFOW Code on the same webserver(s) as the customer's website, or storing the copy of the LFOW Code on a different webserver(s) than the website.  Many of LFOW's customers choose to have the copy of the LFOW Code stored on LFOW's webservers.

13.     Regardless of the particular webserver(s) where the LFOW Code is stored, the functionality and result is the same.  When a web browser is directed to a website linked to the LFOW Code, the embedded HTML script tag is read by the web browser and causes the automatic distribution of a copy of the LFOW Code.  The LFOW Code is automatically saved by the web browser into cache, and/or a hard drive(s), and loaded into computer memory and/or RAM (random access memory).  As a result of the distribution of the LFOW Code, the specific web spokesperson video is automatically launched and displayed to advertise on the associated website.

14.     The LFOW Code has been consistently licensed to customers for a monthly license fee by LFOW. LFOW also charges additional fees for other services associated with the provision of the LFOW Code in addition to the monthly license fee.

**COMPLAINT**

15.     LFOW has registered the LFOW Code.  Pertinent to this action, on December 20, 2007, LFOW duly registered the copyright in the LFOW Code version 7.0.0, prior to the publication of version 7.0.0, in the United States Copyright Office, as evidenced by the certificate of registration for TXu001610441, which was issued by the Register of Copyrights.  A true and correct copy of the certificate of registration is attached hereto as **Exhibit A**, and a true and correct copy of the deposit work for TXu001610441 is attached hereto as **Exhibit A1**.

### Defendant's Copyright Infringement

16.     Defendant owns, and/or operates and/or controls the www.xwebseo.com website(s).  A copy of the HTML source code for the Defendant's Website is found at **Exhibit B**.

17.     Defendant's Website advertises and promotes the products and/or services of Defendant.

18.     Upon information and belief, Defendant has used a web spokesperson video to promote Defendant's products and/or services.

19.     Upon information and belief, in order to display the web spokesperson video on Defendant's Website, Defendant used and distributed, without permission, and therefore infringed upon, the infringing version of the LFOW Code.

20.     Upon information and belief, Defendant has the right and ability to modify its own website or to have its website modified on Defendant's behalf.

21.     Upon information and belief, in order to implement the infringing version of the LFOW Code, Defendant's Website was modified by or on behalf of Defendant to include the following website source code and/or text, shown in Exhibit B: http://tweople.com/client/ip_player.js?swf=http://tweople.com/client/new_main.swf&amp;flv=http://flash.yourvideopartner.com/complete/11121244a.flv&amp;start=normal&amp;close=shrink&amp;play_when=1&amp;align_right=true&amp;show_loading=yes&amp;width=560&amp;height=420&amp;vlm=80&amp;x_off=290.  This modification links the

5

Defendant's Website to the file "ip_player.js" an infringing version of the LFOW Code, which was stored for Defendant on the webserver(s) for www.tweople.com.  A copy of "ip_player.js" is found at **Exhibit C**.

22.     As a result of the modification to the Defendant's Website referenced above, when a web browser retrieves a page from the Defendant's Website, a copy of the infringing version of the LFOW Code is distributed by Defendant to the website visitor and stored on the visitor's computer in cache, memory and/or its hard drive.  Accordingly, each visit to the Defendant's Website is a new act of copyright infringement.

23.     The infringing version of the LFOW Code, shown at Exhibit C is strikingly similar (and at the very least substantially similar) to the LFOW Code, and includes one or more instances of "LFOW," which is a reference to LFOW.  The infringing version of the LFOW Code also includes the unique prefixes "lf_," which were arbitrarily chosen by LFOW to mark its code and indicate LFOW's unique and original code.  There is no functional value to the use of the letters "LFOW" or "lf_" in the LFOW Code.  Instead, these were both chosen as references to LFOW and its code.

24.     The web spokesperson video that launches on Defendant's Website is a result of Defendant's distribution of the infringing version of the LFOW Code, which advertises and promotes the products and/or services of Defendant, encouraging the website viewer to purchase and/or use Defendant's products and/or services, thereby providing a monetary benefit to Defendant.  Thus, Defendant's copyright infringement of the LFOW Code is in its advertising, and the infringement is for the purpose of advertising its products and/or services.

25.     Defendant intends for a copy of the infringing version of the LFOW Code to be distributed to website visitors in its advertising, as this is necessary for the video spokesperson to appear on the screen of the website visitor.  The volitional distribution of the infringing version of the LFOW Code by Defendant to its website visitors is seamless and transparent for the website visitors, who are able to view the video spokesperson advertising Defendant's products and/or services by virtue of receiving the copy of the

6
**COMPLAINT**

infringing version of the LFOW Code.

26.    Defendant profits directly from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Code allows Defendant to more effectively promote and sell its products and/or services by capturing, holding and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or the brand, public image and reputation of Defendant.

27.    The infringing version of the LFOW Code is a sales and advertising tool for Defendant to generate revenues and profits and, upon information and belief, the use and misuse of the infringing version of the LFOW Code by Defendant did in fact generate revenues and profits for Defendant, as more fully described below.

28.    Defendant unlawfully and continuously used the infringing version of the LFOW Code on unauthorized Web Page(s), for which Defendant did not pay applicable license fees and video production fees to LFOW.

29.    The unlawful use, reproduction and/or distribution of the infringing version of the LFOW Code on the Defendant's Website constitutes infringement of LFOW's intellectual property rights, including, without limitation, LFOW's registered copyrighted material(s).

30.    As a result of foregoing conduct of Defendant, LFOW has suffered significant harm and loss.

31.    Upon information and belief, Defendant actively induced end users to visit its website(s), and thereafter distributed the infringing version of the LFOW Code to end users (e.g. website visitors) numerous times.  The actual number can only be ascertained through discovery.

32.    Defendant has caused, enabled, facilitated, and/or materially contributed to the infringement by, inter alia, distributing copies of the infringing version of the LFOW Code to each visitor via the Defendant's Website and refused to exercise its ability to stop the infringement made possible by the modification and continuous operation of its website(s).

33.    As the owner of the registered copyright in the LFOW Code, LFOW has an

interest in protecting its rights against such copyright infringement.

34.     Under the authority of 17 U.S.C. §§ 504(a)(1) and (b), LFOW is entitled to recover actual damages suffered by it as a result of the infringement, and any profits of the Defendant that are attributable to the infringement.

## FIRST CLAIM FOR RELIEF

### (**Copyright Infringement, 17 U.S.C. § 501 Against all Defendants**)

35.     Plaintiff LFOW incorporates here by reference the allegations in the preceding paragraphs above, as set forth fully herein.

36.     This claim arises under 17 U.S.C. § 501 for direct and/or vicarious infringement of registered copyright(s) as against the Defendants named in this Complaint.

37.     LFOW is the owner of all rights, title and interest in valid copyright registration TXu001610441, which substantially consists of material wholly original with Plaintiff and which are copyright subject matter under the laws of the United States. LFOW has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. §§ 101 et seq., and all other laws of the United States governing copyrights to secure the exclusive rights and privileges in and to the copyrights of the items identified herein.

38.     The infringing version of the LFOW Code used and distributed by Defendant is at least substantially similar to the LFOW Code protected by TXu001610441.

39.     Defendant, through its agent(s), vendor(s), officer(s), and/or employee(s), modified Defendant's Website to cause the copying, use and distribution of the infringing version of the LFOW Code, and unless enjoined, Defendant will continue to infringe LFOW's copyright by reproducing, displaying, distributing and utilizing the infringing version of the LFOW Code for purposes of trade in violation of 17 U.S.C. § 501 et seq.

40.     The past and ongoing copying, use and distribution of the infringing version of the LFOW Code by Defendant results in actual damage to LFOW, including but not limited to the loss of licensing revenue lost as a result of Defendant's infringement.

41.     Defendant's acts is and were performed without the permission, license or

consent of LFOW.

42.     Defendant has profited from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Code allows Defendant to more effectively promote and sell its product(s) and/or service(s) on its own website(s) by capturing, holding, and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or brand, public image and reputation of Defendant.

43.     Because Defendant owns, operates and/or controls its website, Defendant also has the right and ability to supervise and control the infringement and infringer by virtue of its ownership and control of its own website, but failed to do so.

44.     The wrongful acts of Defendant has caused, and is causing, great injury to LFOW, of which damages cannot be accurately computed, and unless this Court restrains the Defendant from further commission of said acts, LFOW will suffer irreparable injury, for which it is without an adequate remedy at law.  Accordingly, LFOW seeks a declaration that Defendant is infringing LFOW's copyright and an order under 17 U.S.C. § 502 enjoining the Defendant from any further infringement of LFOW's copyright(s).

45.     As a result of the acts of Defendant as alleged herein, LFOW has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

46.     LFOW did not know of and could not have reasonably known of Defendants' infringement more than three years prior to filing this action.

47.     Pursuant to 17 U.S.C. §§ 503(a) and 503(b), LFOW is entitled to an order impounding the infringing articles and the means by which such infringing articles were produced and/or reproduced.

48.     Pursuant to 17 U.S.C. §§ 504(a)(1) and (b), LFOW is also entitled to recover actual damages and any profits of Defendant.

49.     Pursuant to 17 U.S.C. § 505, LFOW is entitled to an award of attorneys' fees

and costs.

# **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1.     Finding Defendant liable for copyright infringement by virtue of Defendant's past and ongoing unauthorized use of LFOW's Software;

2.     Finding Defendant's copyright infringement to be voluntary and intentional violation of Defendant's known duties, and therefore willful;

3.     Finding LFOW to have suffered, and to continue suffering harm that is irreparable and otherwise without an adequate remedy at law;

4.     A permanent injunction under 17 U.S.C. §§502 and 503, enjoining Defendant, its officers, agents, servants, employees, and all person in active concert or participation with them, from further infringement, including but not limited to the cessation of operation of Defendant's Website;

5.     An award of damages against Defendant under §504;

6.     An order requiring an accounting be made for all profits, income, receipts or other benefit derived by Defendant from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

7.     Requiring Defendant to account for and pay over to Plaintiff all profits derived by Defendant from its acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

8.     An award under 17 U.S.C. § 505 allowing recover of the full costs of this action, including LFOW's reasonable attorneys' fees and costs;

9.     That all DOES who have acted in concert with Defendant be held jointly and severally liable; and

10.     That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated:  July 21, 2017                    **NEXIO, PC**

By: _____

Imran F. Vakil
*Attorneys for Plaintiff,*
*Live Face on Web, LLC*

11
**COMPLAINT**

## **DEMAND FOR JURY TRIAL**

Plaintiff Live Face On Web, LLC hereby demands trial by jury of all issues so triable under the law.

Dated:  July 21, 2017                              **NEXIO, PC**

By:_____
   Imran F. Vakil
   *Attorneys for Plaintiff,*
   *Live Face on Web, LLC*

**COMPLAINT**

# EXHIBIT "A"

Additional Certificate (17 U.S.C. 705)
## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
**TXu 1-610-441**

**Effective date of
registration:**
December 20, 2007

---

## Title

**Title of Work:** LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

## Completion/ Publication

**Year of Completion:** 2007

## Author

- **Author:** Live Face on Web, LLC
- **Author Created:** New text; chancfes in existinq text.

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Live Face on Web, LLC
1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966

## Limitation of copyright claim

**Material excluded from this claim:** Prior versions of this work.

**Previously registered:** No

**New material included in claim:** New text; changes to existing text.

## Certification

**Name:** Tristram R. Fall, III, authorized agent of Live Face on Web, LLC
**Date:** December 13, 2007

---

Registration #:   TXU001610441

Service Request #:   1-41681852

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

EXHIBIT "A1"



# COPY OF DEPOSIT

# TXu 1-610-441

```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
///////////////////// User defined parameters and instructions /////////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0;
// In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example. LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

-2-

```
// In the above example, LiveFaceOnWeb Presenation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presenation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

-3-

```
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';


//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
/////////////////////  Do not change the parameters below  /////////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;


arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
```

-4-

```
    } else {
        arrNavInfo[0] = 'na';
        arrNavInfo[1] = 'an unknown browser';
    }
    if (navigator.plugins != null && navigator.plugins.length > 0)
    {
        if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
Flash']) {
            var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
            var lfDescription = navigator.plugins['Shockwave Flash' +
swVer2].description;
            var descArray = [];
            var tempArrayMajor = [];
            var versionMajor = [];
            var tempArrayMinor = [];
            var versionMinor;
            descArray = lfDescription.split(' ');
            tempArrayMajor = descArray[2].split('.');
            versionMajor = tempArrayMajor[0];
            if (descArray[3] != '') {
                tempArrayMinor = descArray[3].split('r');
            } else {
                tempArrayMinor = descArray[4].split('r');
            }
            versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
            lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
    } else {
        for (var i = 8; i < 20; i++)
        {
            try {
                var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
i);
                if (objFlash) {
                    lfVersion = i;
                }
            } catch(e) {}
        }
    }
    function runLFOW() {
        try {
            if (lf_PresPlay == 1) {
                lf_createCookie(lf_ID, 'on', -1);
                showLFOW_Video();
            } else if (lf_PresPlay == 2) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on');
                    showLFOW_Video();
                }
            } else if (lf_PresPlay == 3) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                    showLFOW_Video();
                }
            }
        } catch(e) {
```

```
                showLFOW_Video();
        }
}
if (lfVersion >= 8) {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                        else if (window.attachEvent) window.attachEvent('onload', runLFOW);
                } catch(e) {
                        showLFOW_Video();
                }
        } else {
                showLFOW_Video();
        }
}
function showLFOW_Video()
{
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        var lfDiv = document.createElement('div');
                        if (lfDiv === undefined) {
                                lf_Position = 'err';
                        } else if (lfDiv == null) {
                                lf_Position = 'err';
                        } else {
                                lfDiv.id = divID;
                                lfDiv.style.position = 'absolute';
                                lfDiv.style.zIndex = 9999;
                                if (lf_Position == 1) {
                                        lfDiv.style.left = lf_OffSet_Left_Position;
                                        lfDiv.style.top = lf_OffSet_Top_Position;
                                } else {
                                        lfDiv.style.left = 0;
                                        lfDiv.style.top = 0;
                                }
                                lfDiv.style.height = lf_SWF_File_Height;
                                lfDiv.style.width = lf_SWF_File_Width;
                                lfDiv.style.visibility = 'visible';
                        }
                } catch(e) {
                        lf_Position = 'err';
                }
        }
        compileLFOW()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
                lfDiv.innerHTML = lfString;
                document.body.appendChild(lfDiv);
        } else if (lf_Position !== 2) {
                document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        } else {
                document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
    }
    if ((lf_Position !== 1) && lf_Position !== 2) {
        switch (arrNavInfo[0]) {
            case 'ie':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
                window.setInterval('ScrollHnd()', 30);
            break;
            case 'gek':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();
    }
}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
```

```
                    divScroll = divScroll.style;
            }
        }
        if (window.innerHeight)
        {
            screenHt = wnd.innerHeight;
            screenWd = wnd.innerWidth;
        }
        else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
        {
            screenWd = objDoc.documentElement.clientWidth;
            screenHt = objDoc.documentElement.clientHeight;

        }
        else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
        {
            screenWd = objDoc.body.clientWidth;
            screenHt = objDoc.body.clientHeight;
        }
        if (window.innerHeight)
        {
            screenY = wnd.pageYOffset;
            screenX = wnd.pageXOffset;
        }
        else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
        {
            screenY = objDoc.body.scrollTop;
            screenX = objDoc.body.scrollLeft;
        }
        else     if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
        {
            screenY = objDoc.documentElement.scrollTop;
            screenX = objDoc.documentElement.scrollLeft;
        }
        divLeft = divLeft + lf_divHorPos;
        divTop = divTop + lf_divVerPos;
        divLeft = divLeft + screenX;
        divTop = divTop + screenY;
        if (lf_Position_Dynamic == 6) {
            divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
        } else if (lf_Position_Dynamic == 7) {
            divLeft = divLeft + (screenWd - lf_SWF_File_Width);
            divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
        } else if (lf_Position_Dynamic == 8) {
            divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
            divTop = divTop + (screenHt - lf_SWF_File_Height);
        } else if (lf_Position_Dynamic == 9) {
            divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
        } else {
            if (lf_Position_Dynamic == 5)
            {
                divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
                divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

-8-

```
            }
            if (( lf_Position_Dynamic % 2 ) == 0)
            {
                divLeft = divLeft + (screenWd - lf_SWF_File_Width);
            }
            if (( lf_Position_Dynamic < 3 ) == false)
            {
                divTop = divTop + (screenHt - lf_SWF_File_Height);
            }
        }
        divScroll.left = divLeft + 'px';
        divScroll.top = divTop + 'px';
    }
    function compileLFOW()
    {
        lfParamString = '?lfID=' + lf_ID
        lfParamString += '&cOMW=' + lf_cOMW
        if (lf_cOMURL == '') {
            lfParamString += '&cOMURL=http://www.livefaceonweb.com'
        } else {
            lfParamString += '&cOMURL=' + escape(lf_cOMURL)
        }
        lfParamString += '&cOMWP=' + lf_cOMWP
        lfParamString += '&tDLB=' + lf_tDLB
        lfParamString += '&tDLA=' + lf_tDLA
        lfParamString += '&fIE=' + lf_fIE
        lfParamString += '&fIET=' + lf_fIET
        lfParamString += '&fIEP=' + lf_fIEP
        lfParamString += '&fOE=' + lf_fOE
        lfParamString += '&fOET=' + lf_fOET
        lfParamString += '&pBBE=' + lf_pBBE
        lfParamString += '&pBBBOF=' + lf_pBBBOF
        lfParamString += '&pBAE=' + lf_pBAE
        lfParamString += '&pBAOF=' + lf_pBAOF
        lfParamString += '&rOTPE=' + lf_rOTPE
        if (lf_rOTPURL == '') {
            lfParamString += '&rOTPURL=none'
        } else {
            lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
        }
        lfParamString += '&sFRAME=' + lf_sFRAME
        if (lf_AffiliateID == '') {
            lfParamString += '&lfAffiliateID=none'
        } else {
            lfParamString += '&lfAffiliateID=' + lf_AffiliateID
        }
        if (document.location.href == '') {
            lfParamString += '&sURL_Site=none'
        } else {
            lfParamString += '&sURL_Site=' + escape(document.location.href);
        }
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

```
        lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
    if (strDays) {
        var date = new Date();
        date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
        var expires = '; expires=' + date.toGMTString();
    } else var expires = '';
    document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
    var strNameplus = strName + '=';
    var arrCk = document.cookie.split(';');
    for (var i = 0; i < arrCk.length; i++) {
        var c = arrCk[i];
        while (c.charAt(0) == ' ') c = c.substring(1, c.length);
        if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
    }
    return 'no';
}
```

LC COPYRIGHT

0 025 139 365 5

**EXHIBIT "B"**

```
1   <!DOCTYPE html>
2   <html dir="ltr" lang="en-US">
3   <head>
4
5
6   <script type="text/javascript" src="/static/js/analytics.js"></script>
7   <script type="text/javascript">archive_analytics.values.server_name="wwwb-
    app15.us.archive.org";archive_analytics.values.server_ms=10648;</script>
8   <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
9
10
11          <title>
12          | Internet Marketing Services  </title>
13          <meta name="keywords" content=" ,  , Internet Marketing Services" />
14          <meta name="description" content=" | Internet Marketing Services" />
15          <meta charset="UTF-8" />
16          <link rel="profile" href="http://gmpg.org/xfn/11" />
17          <link rel="index" title="" href="http://www.xwebseo.com/" />
18      <link rel="icon" href="http://www.xwebseo.com/wp-content/themes/theme1238/favicon.ico"
    type="image/x-icon" />
19      <link rel="icon" href="" type="image/x-icon" />
20          <link rel="pingback" href="http://www.xwebseo.com/xmlrpc.php" />
21          <link rel="alternate" type="application/rss+xml" title=""
    href="http://www.xwebseo.com/feed/" />
22          <link rel="alternate" type="application/atom+xml" title=""
    href="http://www.xwebseo.com/feed/atom/" />
23          <!-- The HTML5 Shim is required for older browsers, mainly older versions IE -->
24          <!--[if lt IE 9]>
25              <script
    src="/web/20120206070130/http://html5shim.googlecode.com/svn/trunk/html5.js"></script>
26          <![endif]-->
27      <!--[if lt IE 7]>
28      <div style=' clear: both; text-align:center; position: relative;'>
29          <a href="/web/20120206070130/http://www.microsoft.com/windows/internet-
    explorer/default.aspx?ocid=ie6_countdown_bannercode"><img
    src="/web/20120206070130/http://www.theie6countdown.com/images/upgrade.jpg" border="0"
     alt="" /></a>
30          </div>
31      <![endif]-->
32          <link rel="stylesheet" type="text/css" media="all"
    href="/web/20120206070130cs_/http://www.xwebseo.com/wp-content/themes/theme1238/style.css"
    />
33      <link rel="stylesheet" type="text/css" media="all"
    href="/web/20120206070130cs_/http://www.xwebseo.com/wp-
    content/themes/theme1238/css/prettyPhoto.css" />
34      <link rel="stylesheet" type="text/css" media="all"
    href="/web/20120206070130cs_/http://www.xwebseo.com/wp-
    content/themes/theme1238/css/grid.css" />
35          <link rel="alternate" type="application/rss+xml" title=" &raquo; Feed"
    href="http://www.xwebseo.com/feed/" />
36      <link rel="alternate" type="application/rss+xml" title=" &raquo; Comments Feed"
    href="http://www.xwebseo.com/comments/feed/" />
37  <link rel='stylesheet' id='prettyphoto-css'
    href='/web/20120206070130cs_/http://www.xwebseo.com/wp-content/plugins/wp-
    prettyphoto/css/prettyPhoto.css?ver=2.5.5' type='text/css' media='screen' />
38  <link rel='stylesheet' id='dcwp_plugin_admin_dcscf_css-css'
    href='/web/20120206070130cs_/http://www.xwebseo.com/wp-content/plugins/slick-contact-
    forms/css/admin.css?ver=3.2.1' type='text/css' media='all' />
39  <link rel='stylesheet' id='wp-pagenavi-css'
    href='/web/20120206070130cs_/http://www.xwebseo.com/wp-content/plugins/wp-
    pagenavi/pagenavi-css.css?ver=2.70' type='text/css' media='all' />
```

```
40
41              <!-- Start of InVox.com Widget -->
42      <script  type="text/javascript">
43      var _inv = {};
44      _inv.invoxid = '4e039052-7e7f-8729-c064-72902341de42';
45      _inv.label = 'Call';
46      _inv.side = 'right';
47      _inv.color= '#00FF00';
48      _inv.position = '75%';
49      </script>
50      <!-- End of InVox.com Widget -->
51
52      <script type='text/javascript'
        src='/web/20120206070130js_/http://www.xwebseo.com/wp-includes/js/l10n.js?ver=20101110'>
        </script>
53      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
        content/themes/theme1238/js/jquery-1.5.1.min.js?ver=1.5.1'></script>
54      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
        content/plugins/slick-contact-forms/js/jquery.easing.js?ver=3.2.1'></script>
55      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
        content/plugins/slick-contact-forms/js/jquery.hoverIntent.minified.js?ver=3.2.1'></script>
56      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
        content/plugins/slick-contact-forms/js/jquery.slick.contact.1.3.2.js?ver=3.2.1'></script>
57      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
        content/plugins/wp-prettyphoto/js/jquery.prettyPhoto.js?ver=2.5.5'></script>
58      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
        content/themes/theme1238/js/superfish.js?ver=1.4.8'></script>
59      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
        content/themes/theme1238/js/jquery.prettyPhoto.js?ver=3.0.3'></script>
60      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
        content/themes/theme1238/js/jquery.loader.js?ver=1.0'></script>
61      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
        content/themes/theme1238/js/cufon-yui.js?ver=1.09i'></script>
62      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
        content/themes/theme1238/js/Hobo_BT_400.font.js?ver=1.0'></script>
63      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
        content/themes/theme1238/js/cufon-replace.js?ver=1.0'></script>
64      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
        content/themes/theme1238/js/modernizr-1.7.min.js?ver=1.7'></script>
65      <link rel="EditURI" type="application/rsd+xml" title="RSD"
        href="http://www.xwebseo.com/xmlrpc.php?rsd" />
66      <link rel="wlwmanifest" type="application/wlwmanifest+xml" href="http://www.xwebseo.com/wp-
        includes/wlwmanifest.xml" />
67      <link rel='index' title='' href='http://www.xwebseo.com/' />
68      <meta name="generator" content="WordPress 3.2.1" />
69      <link type="text/css" rel="stylesheet"
        href="/web/20120206070130cs_/http://www.xwebseo.com/wp-content/plugins/wordpress-simple-
        paypal-shopping-cart/wp_shopping_cart_style.css" />
70
71          <script type="text/javascript">
72          <!--
73          //
74          function ReadForm (obj1, tst)
75          {
76              // Read the user form
77              var i,j,pos;
78              val_total="";val_combo="";
79
80              for (i=0; i<obj1.length; i++)
81              {
82
```

```
83                      // run entire form
                        obj = obj1.elements[i];          // a form element
84
85                      if (obj.type == "select-one")
86                      {   // just selects
87                          if (obj.name == "quantity" ||
88                              obj.name == "amount") continue;
89                              pos = obj.selectedIndex;       // which option selected
90                              val = obj.options[pos].value;  // selected value
91                              val_combo = val_combo + "(" + val + ")";
92                      }
93                  }
94                      // Now summarize everything we have processed above
95                      val_total = obj1.product_tmp.value + val_combo;
96                      obj1.product.value = val_total;
97              }
98          //-->
99          </script><link type="text/css" rel="stylesheet"
        href="/web/20120206070130cs_/http://www.xwebseo.com/wp-content/plugins/wp-affiliate-
        platform/affiliate_platform_style.css" />
100         <script type="text/javascript" charset="utf-8">
101         /* <![CDATA[ */
102         jQuery(document).ready(function($) {
103             $("a[rel^='wp-prettyPhoto']").prettyPhoto({
104                 animationSpeed: 'normal',
105                 padding: 20,
106                 opacity: 0.35,
107                 showTitle: true,

108                 allowresize: true,
109                 counter_separator_label: '/',
110                 theme: 'facebook',
111                 wmode: 'opaque',
112                 autoplay: 1,
113                 hideflash: true,
114                 modal: true,
115                 changepicturecallback: function(){},
116                 callback: function(){},
117                 markup: '<div class="pp_pic_holder"> \
118                                                          <div class="pp_top"> \
119                                                            <div class="pp_left">
        </div> \
120                                                            <div class="pp_middle">
        </div> \
121                                                            <div class="pp_right">
        </div> \
122                                                          </div> \
123                                                          <div
        class="pp_content_container"> \
124                                                            <div class="pp_left"> \
125                                                            <div class="pp_right">
        \
126                                                              <div
        class="pp_content"> \
127                                                                <div
        class="pp_fade"> \
128                                                                  <a href="#"
        class="pp_expand" title="Expand the image">Expand</a> \
129                                                                  <div
        class="pp_loaderIcon"></div> \
130                                                                  <div
```

```
      class="pp_hoverContainer"> \
131                                                                          <a
      class="pp_next" href="#">next</a> \
132                                                                          <a
      class="pp_previous" href="#">previous</a> \
133                                                                     </div> \
134                                                                 <div
      id="pp_full_res"></div> \
135                                                                 <div
      class="pp_details clearfix"> \
136                                                                 <a
      class="pp_close" href="#">Close</a> \
137                                                                 <p
      class="pp_description"></p> \
138                                                             <div
      class="pp_nav"> \
139                                                                 <a href="#"
      class="pp_arrow_previous">Previous</a> \
140                                                                 <p
      class="currentTextHolder">0/0</p> \
141                                                                 <a href="#"
      class="pp_arrow_next">Next</a> \
142                                                                 </div> \
143                                                               </div> \
144                                                           </div> \
145                                                         </div> \
146                                                     </div> \
147                                                   </div> \
148                                                 </div> \
149                                             <div class="pp_bottom"> \
150                                                 <div class="pp_left">
      </div> \
151                                                 <div class="pp_middle">
      </div> \
152                                                 <div class="pp_right">
      </div> \
153                                             </div> \
154                                           </div> \
155                                         <div class="pp_overlay">
      </div> \
156                                             <div class="ppt"></div>',
157           image_markup: '<img id="fullResImage" src="" />',
158           flash_markup: '<object classid="clsid:D27CDB6E-AE6D-11cf-96B8-444553540000"
      width="{width}" height="{height}"><param name="wmode" value="{wmode}" /><param
      name="allowfullscreen" value="true" /><param name="allowscriptaccess" value="always" />
      <param name="movie" value="{path}" /><embed src="{path}" type="application/x-shockwave-
      flash" allowfullscreen="true" allowscriptaccess="always" width="{width}" height="{height}"
      wmode="{wmode}"></embed></object>',
159           quicktime_markup: '<object classid="clsid:02BF25D5-8C17-4B23-BC80-D3488ABDDC6B"
      codebase="/web/20120206070130/http://www.apple.com/qtactivex/qtplugin.cab" height="
      {height}" width="{width}"><param name="src" value="{path}"><param name="autoplay" value="
      {autoplay}"><param name="type" value="video/quicktime"><embed src="{path}" height="
      {height}" width="{width}" autoplay="{autoplay}" type="video/quicktime"
      pluginspage="/web/20120206070130/http://www.apple.com/quicktime/download/"></embed>
      </object>',
160           iframe_markup: '<iframe src ="{path}" width="{width}" height="{height}"
      frameborder="no"></iframe>',
161           inline_markup: '<div class="pp_inline clearfix">{content}</div>'
162       });
163     });
```

```
164                                /* ]]> */
165        </script>
166            <link rel="stylesheet" href="/web/20120206070130cs_/http://www.xwebseo.com/wp-
       content/plugins/slick-contact-forms/skin.php?widget_id=3&amp;skin=black" type="text/css"
       media="screen"  />
167            <link rel="stylesheet" href="/web/20120206070130cs_/http://www.xwebseo.com/wp-
       content/plugins/slick-contact-forms/css/form.css" type="text/css" media="screen"  />  <!--
       [if lt IE 9]>
168      <style type="text/css">
169        .border, .button, .button-alt, .box-alt, #commentform textarea, #commentform input {
170          behavior:url(/web/20120206070130/http://www.xwebseo.com/wp-
       content/themes/theme1238/PIE.php)
171          }
172      </style>
173      <![endif]-->
174
175      <script type="text/javascript">
176          // initialise plugins
177                  jQuery(function(){
178                      // main navigation init
179                      jQuery('ul.sf-menu').superfish({
180                          delay:       400,             // one second delay on
       mouseout
181                          animation:   {opacity:'show',height:'show'}, // fade-in and
       slide-down animation
182                          speed:       'slow',  // faster animation speed
183                          autoArrows:  true,        // generation of arrow mark-up
       (for submenu)
184                          dropShadows: true     // drop shadows (for submenu)
185                      });
186
187                      // prettyphoto init
188                      jQuery("#gallery .portfolio a[rel^='prettyPhoto']").prettyPhoto({
189                          animationSpeed:'slow',
190                          theme:'facebook',
191                          slideshow:false,
192                          autoplay_slideshow: false,
193                          show_title: true,
194                          overlay_gallery: false
195                      });
196
197                      // title effect
198                      $(".box").hover(function(){
199                          $(this).find("h2").animate({top:-15}, "fast")
200                      }, function(){
201                          $(this).find("h2").animate({top:0}, "fast")
202                      })
203
204                  });
205      </script>
206
207      <!-- Custom CSS -->
208          </head>
209
210    <body class="home blog cat-93-id">
211
212
213    <!-- BEGIN WAYBACK TOOLBAR INSERT -->
214    <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
215    <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
216    <script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
```

```
217  <script type="text/javascript">//<![CDATA[
218  var __wm = (function(){
219  var wbPrefix = "/web/";
220  var wbCurrentUrl = "http://www.xwebseo.com/";
221
222  var firstYear = 1996;
223  var imgWidth = 500,imgHeight = 27;
224  var yearImgWidth = 25,monthImgWidth = 2;
225  var displayDay = "6";
226  var displayMonth = "Feb";
227  var displayYear = "2012";
228  var prettyMonths =
     ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
229  var $D=document,$=function(n){return document.getElementById(n)};
230  var trackerVal,curYear = -1,curMonth = -1;
231  var yearTracker,monthTracker;
232  function showTrackers(val) {
233    if (val===trackerVal) return;
234    var $ipp=$("wm-ipp");
235    var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
236    if (val) {
237      $ipp.className="hi";
238    } else {
239      $ipp.className="";
240      $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
241    }
242    yearTracker.style.display=val?"inline":"none";
243    monthTracker.style.display=val?"inline":"none";
244    trackerVal = val;
245  }
246  function getElementX2(obj) {
247    var $e=jQuery(obj);
248    return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
249      getElementX(obj):Math.round($e.offset().left);
250  }
251  function trackMouseMove(event,element) {
252    var eventX = getEventX(event);
253    var elementX = getElementX2(element);
254    var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
255    var monthOff = xOff % yearImgWidth;
256
257    var year = Math.floor(xOff / yearImgWidth);
258    var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
259    // 1 extra border pixel at the left edge of the year:
260    var month = (year * 12) + monthOfYear;
261    var day = monthOff % 2==1?15:1;
262    var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
263      zeroPad(day,2) + "000000";
264
265    $("displayYearEl").innerHTML=year+firstYear;
266    $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
267    // looks too jarring when it changes..
268    //$("displayDayEl").innerHTML=zeroPad(day,2);
     var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
269
270    $("wm-graph-anchor").href=url;
271
272    if(curYear != year) {
273      var yrOff = year * yearImgWidth;
274      yearTracker.style.left = yrOff + "px";
```

```
275        curYear = year;
276      }
277      if(curMonth != month) {
278        var mtOff = year + (month * monthImgWidth) + 1;
279        monthTracker.style.left = mtOff + "px";
280        curMonth = month;
281      }
282    }
283    function hideToolbar() {
284      $("wm-ipp").style.display="none";
285    }
286    function bootstrap() {
287      var $spk=$("wm-ipp-sparkline");
288      yearTracker=$D.createElement('div');
289      yearTracker.className='yt';
290      with(yearTracker.style){
291        display='none';width=yearImgWidth+"px";height=imgHeight+"px";
292      }
293      monthTracker=$D.createElement('div');
294      monthTracker.className='mt';
295      with(monthTracker.style){
296        display='none';width=monthImgWidth+"px";height=imgHeight+"px";
297      }
298      $spk.appendChild(yearTracker);
299      $spk.appendChild(monthTracker);
300
301      var $ipp=$("wm-ipp");
302      $ipp&&disclaimElement($ipp);
303    }
304    return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
305    })();//]]>
306    </script>
307    <style type="text/css">
308    body {
309      margin-top:0 !important;
310      padding-top:0 !important;
311      min-width:800px !important;
312    }
313    </style>
314    <div id="wm-ipp" lang="en" style="display:none;">

316    <div style="position:fixed;left:0;top:0;width:100%!important">
317    <div id="wm-ipp-inside">
318      <table style="width:100%;"><tbody><tr>
319      <td id="wm-logo">
320        <a href="/web/" title="Wayback Machine home page"><img
      src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
      height="39" border="0" /></a>
321      </td>
322      <td class="c">
323        <table style="margin:0 auto;"><tbody><tr>
324        <td class="u" colspan="2">
325        <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
      id="wmtb"><input type="text" name="url" id="wmtbURL" value="http://www.xwebseo.com/"
      style="width:400px;" onfocus="this.focus();this.select();" /><input type="hidden"
      name="type" value="replay" /><input type="hidden" name="date" value="20120206070130" />
      <input type="submit" value="Go" /><span id="wm_tb_options" style="display:block;"></span>
      </form>
326        </td>
327        <td class="n" rowspan="2">
328          <table><tbody>
```

```
329                <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
330                <tr class="m">
331                    <td class="b" nowrap="nowrap">
332
333                        <a href="/web/20111221192513/http://www.xwebseo.com/" title="21 Dec
     2011">DEC</a>
334
335                    </td>
336                    <td class="c" id="displayMonthEl" title="You are here: 7:01:30 Feb 6,
     2012">FEB</td>
337                    <td class="f" nowrap="nowrap">
338
339                        <a href="/web/20120616062042/http://www.xwebseo.com/" title="16 Jun
     2012"><strong>JUN</strong></a>
340
341                    </td>
342                </tr>
343                <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
344                <tr class="d">
345                    <td class="b" nowrap="nowrap">
346
347                        <a href="/web/20120125055622/http://www.xwebseo.com/" title="5:56:22 Jan
     25, 2012"><img src="/static/images/toolbar/wm_tb_prv_on.png" alt="Previous capture"
     width="14" height="16" border="0" /></a>
348
349                    </td>
350                    <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
     title="You are here: 7:01:30 Feb 6, 2012">6</td>
351                    <td class="f" nowrap="nowrap">
352
353                        <a href="/web/20120616062042/http://www.xwebseo.com/" title="6:20:42 Jun
     16, 2012"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next capture" width="14"
     height="16" border="0" /></a>
354
355                    </td>
356                </tr>
357                <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
358                <tr class="y">
359                    <td class="b" nowrap="nowrap">
360
361                        <a href="/web/20100726120701/http://www.xwebseo.com/" title="26 Jul
     2010"><strong>2010</strong></a>
362
363                    </td>
364                    <td class="c" id="displayYearEl" title="You are here: 7:01:30 Feb 6,
     2012">2012</td>
365                    <td class="f" nowrap="nowrap">
366
367                        <a href="/web/20130621071831/http://www.xwebseo.com/" title="21 Jun
     2013"><strong>2013</strong></a>
368
369                    </td>
370                </tr>
371                </tbody></table>
372            </td>
373        </tr>
374        <tr>
375        <td class="s">
376            <a class="t" href="/web/20120206070130*/http://www.xwebseo.com/" title="See a
     list of every capture for this URL">28 captures</a>
377
```

```
                    <div class="r" title="Timespan for captures of this URL">1 Sep 09 - 4 Feb
15</div>
378            </td>
379        <td class="k">
380        <a href="" id="wm-graph-anchor">
381        <div id="wm-ipp-sparkline" title="Explore captures for this URL">
382            <img id="sparklineImgId" alt="sparklines"
383                onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
384                onmousemove="__wm.mv(event,this)"
385                width="500"
386                height="27"
387                border="0"
388                src="/web/jsp/graph.jsp?
graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008
:-1:000000000000_2009:-1:00000002000_2010:-1:000002100000_2011:-1:011001022131_2012:1:1100
01000000_2013:-1:000001210000_2014:-1:100000100001_2015:-1:010000000000" />
389            </div>
390        </a>
391        </td>
392        </tr></tbody></table>
393    </td>
394    <td class="r">
395            <a href="#close" onclick="__wm.h();return false;" style="background-
image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
toolbar">Close</a>
396            <a href="http://faq.web.archive.org/" style="background-
image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
the Wayback Machine">Help</a>
397    </td>
398    </tr></tbody></table>
399 </div>
400 </div>
401 </div>
402 <script type="text/javascript">__wm.bt();</script>
403 <!-- END WAYBACK TOOLBAR INSERT -->
404
405
406 <div id="main"><!-- this encompasses the entire Web site -->
407        <header id="header">
408                <div class="container_24">
409                        <div class="grid_24">
410        <div class="logo">
411                                                                    <h1><a
href="/web/20120206070130/http://www.xwebseo.com/" title="Internet Marketing Services"></a>
</h1>
412                                <div>
413        <div id="twitter-link">
414                                        <a
href="/web/20120206070130/http://twitter.com/xwebseo" title="xwebseo"> </a>
415                                </div>
416        <nav class="primary clearfix">
417            <ul id="topnav" class="sf-menu"><li id="menu-item-13" class="menu-item menu-item-
type-custom menu-item-object-custom current-menu-item menu-item-home menu-item-13"><a
title="XWebSEO" href="/web/20120206070130/http://www.xwebseo.com/">Home</a></li>
418 <li id="menu-item-33" class="menu-item menu-item-type-post_type menu-item-object-page menu-
item-33"><a title="internet marketing services"
href="/web/20120206070130/http://www.xwebseo.com/internet-marketing-services/">Services</a>
419 <ul class="sub-menu">
420
```

```
        <li id="menu-item-250" class="menu-item menu-item-type-post_type menu-item-object-
page menu-item-250"><a title="Search Engine Marketing Services"
href="/web/20120206070130/http://www.xwebseo.com/internet-marketing-services/search-engine-
marketing-services/">Search Engine Marketing</a></li>
421       <li id="menu-item-258" class="menu-item menu-item-type-post_type menu-item-object-
page menu-item-258"><a title="Search Engine Optimization Services"
href="/web/20120206070130/http://www.xwebseo.com/internet-marketing-services/search-engine-
optimization-services/">Search Engine Optimization</a></li>
422       <li id="menu-item-252" class="menu-item menu-item-type-post_type menu-item-object-
page menu-item-252"><a title="Pay Per Click Advertising Services"
href="/web/20120206070130/http://www.xwebseo.com/internet-marketing-services/pay-per-click-
advertising-services/">Pay Per Click Advertising</a></li>
423       <li id="menu-item-251" class="menu-item menu-item-type-post_type menu-item-object-
page menu-item-251"><a title="Local Internet Marketing Services"
href="/web/20120206070130/http://www.xwebseo.com/internet-marketing-services/local-
internet-marketing-services/">Local Internet Marketing</a></li>
424       <li id="menu-item-253" class="menu-item menu-item-type-post_type menu-item-object-
page menu-item-253"><a title="Social Media Marketing Services"
href="/web/20120206070130/http://www.xwebseo.com/internet-marketing-services/social-media-
marketing-services/">Social Media Marketing</a></li>
425       <li id="menu-item-321" class="menu-item menu-item-type-post_type menu-item-object-
page menu-item-321"><a title="Mobile Marketing Services"
href="/web/20120206070130/http://www.xwebseo.com/mobile-marketing-services/">Mobile
Marketing</a></li>
426       <li id="menu-item-254" class="menu-item menu-item-type-post_type menu-item-object-
page menu-item-254"><a title="Video Internet Marketing Services"
href="/web/20120206070130/http://www.xwebseo.com/internet-marketing-services/video-
internet-marketing-services/">Video Internet Marketing</a></li>
427 </ul>
428 </li>

429 <li id="menu-item-43" class="menu-item menu-item-type-post_type menu-item-object-page menu-
item-43"><a href="/web/20120206070130/http://www.xwebseo.com/portfolio/">Portfolio</a></li>
430 <li id="menu-item-15" class="menu-item menu-item-type-post_type menu-item-object-page menu-
item-15"><a href="/web/20120206070130/http://www.xwebseo.com/about-us/">About Us</a></li>
431 <li id="menu-item-50" class="menu-item menu-item-type-post_type menu-item-object-page menu-
item-50"><a href="/web/20120206070130/http://www.xwebseo.com/blog/">Blog</a></li>
432 <li id="menu-item-30" class="menu-item menu-item-type-post_type menu-item-object-page menu-
item-30"><a href="/web/20120206070130/http://www.xwebseo.com/contact-us/">Contact Us</a>
</li>
433 </ul>        </nav><!--.primary-->
434       <div id="widget-header">
435
436           <div id="my_bannerwidget-8" class="widget-header">
437                                       <div class="box">
438           <div class="box-text ">
439         <div class="title clearfix">
440           <h2>XWebSEO</h2>
441         </div>
442       </div><!-- end 'with title' -->
443
444                       <div class="box-button">
445         <a href="/web/20120206070130/http://www.xwebseo.com/"
class="button">Internet Marketing Services<span class="arrow"></span></a>
446       </div><!-- end 'button' -->
447                                             </div>
448       </div>            <div class="dcjq-contact"
id="dc_jqslickcontact_widget-3-item">
449
450
451                       <form class="slick-form" method="post"
```

```
           action="/web/20120206070130/http://www.xwebseo.com/wp-content/plugins/slick-contact-
           forms/slick_mail.php">
452                                    <fieldset>
453                                       <ol>
454                                          <li class="comment-row">Please fill in your info below or
           Call - 1-888-895-5605</li>
           <li class="input-row">
455                                             <label for="input1">Name</label>
456                                             <input class="required defaultText text-input"
           name="input1" value="" title="Name" />
457                                             <input type="hidden" name="valid1" value="1" />
458                                          </li>
459
           <li class="input-row">
460                                             <label for="input2">Email</label>
461                                             <input class="required email defaultText text-
           input" name="input2" value="" title="Email" />
462                                             <input type="hidden" name="valid2" value="2" />
463                                          </li>
464
           <li class="input-row">
465                                             <label for="input3">Phone</label>
466                                             <input class="required defaultText text-input"
           name="input3" value="" title="Phone" />
467                                             <input type="hidden" name="valid3" value="1" />
468                                          </li>
469
           <li class="nocomment">
470                                             <label for="nocomment">Leave This Field
           Empty</label>
471                                             <input id="nocomment" value="" name="nocomment" />
472                                          </li>
473                                          <li class="button-row">
474                                             <input type="submit" name="submit" value="Submit"
           class="'btn-submit" />
475                                             <input type="hidden" name="key"
           value="0f1577c81107c930ee96866b74612046" /><input type="hidden" name="label1" value="Name"
           /><input type="hidden" name="label2" value="Email" /><input type="hidden" name="label3"
           value="Phone" /><input type="hidden" name="tabText" value="Contact Us" /><input
           type="hidden" name="emailTo"
           value="&#120;&#119;&#101;&#98;&#115;&#101;&#111;&#64;&#103;&#109;&#97;&#105;&#108;&#46;&#99
           ;&#111;&#109;" /><input type="hidden" name="action" value="submit" /><input type="hidden"
           name="v_error" id="v-error" value="Required" /><input type="hidden" name="v_email" id="v-
           email" value="Enter a valid email" />                        </li>
476                                       </ol>
477                                    </fieldset>
478                                    <div class="slick-response"></div>
479                                 </form>
480                              <div class="dc-corner"><span></span></div>               </div>
481                           </div><!--#widget-header-->
482                        </div>
483                     </div><!--.container-->
484                  </header>
485        <div class="primary_content_wrap">
486              <div class="bottom-bg">
487                    <div class="container_24 clearfix">
488              <div class="clearfix">
489                    <div id="banner1" class="fleft">
490
491                    <div id="my_bannerwidget-3">
```

```
492                                                      <div class="box">
493                <div class="box-text ">
494                  <div class="title clearfix">
495                    <h2>SEM</h2>
496                  </div>
497                </div><!-- end 'with title' -->
498
499                          <div class="box-button">
500                <a href="/web/20120206070130/http://www.xwebseo.com/internet-marketing-
      services/search-engine-marketing-services/" class="button">Click Here<span class="arrow">
      </span></a>
501                </div><!-- end 'button' -->
502                                                          </div>
503              </div>                    </div>
504        <div id="banner2" class="fleft">
505
506            <div id="my_bannerwidget-4">
507                                        <div class="box">
508              <div class="box-text ">
509                <div class="title clearfix">
510                  <h2>SEO</h2>
511                </div>
512              </div><!-- end 'with title' -->
513
514                        <div class="box-button">
515                <a href="/web/20120206070130/http://www.xwebseo.com/internet-marketing-
      services/search-engine-optimization-services/" class="button">Click Here<span
      class="arrow"></span></a>
516              </div><!-- end 'button' -->
517                                                          </div>
518              </div>                    </div>
519        <div id="banner3" class="fleft">
520
521            <div id="my_bannerwidget-5">
522                                        <div class="box">
523              <div class="box-text ">
524                <div class="title clearfix">
525                  <h2>PPC</h2>
526                </div>
527              </div><!-- end 'with title' -->
528
529                          <div class="box-button">
530                <a href="/web/20120206070130/http://www.xwebseo.com/internet-marketing-
      services/pay-per-click-advertising-services/" class="button">Click Here<span class="arrow">
      </span></a>
531              </div><!-- end 'button' -->
532                                                          </div>
533              </div>                    </div>
534        </div><div id="content">
535        <div class="clearfix">
536
537            <div id="my_requestquotealtwidget-3" class="grid_8">
538
      <div class="box-alt extra-box">
539              <div class="excerpt1">
540                <div class="inner">
541                      <h2>Welcome</h2>
542                      <p>Welcome to XWebSEO.com</p>
543                </div>
544              </div>
```

```
545                    <div class="excerpt2"><div class="inner"><h4>Universal Internet Marketing
       Services</h4></div>
546                    <span id="circle1"></span>
547                    <span id="circle2"></span>
548                    <span id="alien-image"></span>
549                    </div><!-- end 'with title' -->
550
551


552                                    </div>
553                    <div class="box-bottom"></div></div>
554                            <div id="my_requestquotewidget-3" class="grid_8">


555
       <div class="box-alt">
556                                            <div class="box-text ">
557                            <figure class="thumb"><img
       src="/web/20120206070130im_/http://www.xwebseo.com/wp-
       content/themes/theme1238/images/img2.jpg" alt="" /></figure>
558                            <h2>Request A Quote</h2>
559                                            <div class="excerpt-box">Thinking
       about taking your business online ? <br />Let Us Help<br />
560    <h3>Call - 1-888-895-5605</h3></div>
561                                            </div><!-- end 'with title' -->
562



563
       <div class="box-button">
564                                            <a
       href="/web/20120206070130/http://www.xwebseo.com/" class="button-alt">Click Here Now<span
       class="arrow"></span></a>
565                                    </div><!-- end 'button' -->
566                                                            </div>
567                    <div class="box-bottom"></div></div>
568                            <div id="my_requestquotewidget-4" class="grid_8">


569
       <div class="box-alt">
570                                            <div class="box-text ">
571                            <h2>Internet Marketing Services</h2>
572                                            <div class="excerpt-box">SEO
       Services<br />
573    SEM Services<br />
574    PPC Services<br />
575    PR Services<br />
576    SMM Services<br />
577    Affiliate Marketing<br />
578    E-commerce<br />
579    Rich Media <br />
580    Web Design <br />
581    Web Development</div>
582                                    </div><!-- end 'with title' -->
583



584
       <div class="box-button">
585                                            <a
       href="/web/20120206070130/http://www.xwebseo.com/internet-marketing-services/"
       class="button-alt">Click Here <span class="arrow"></span></a>
586                                    </div><!-- end 'button' -->
587                                                            </div>
```

```
588                 <div class="box-bottom"></div></div>              </div>
589                       <div id="my_cyclewidget-7">              <h2>Keeping it
    GrassRoots</h2>
590
591                                             <ul class="services_cycle">
592
593                 <li class="grid_6">
594              <h3>SEM Services</h3>
595                       <span class="description"><span
    class="number">01</span><h3><em><span style="color: #99cc00;">Search Engine Marketing
    Services</span></em></h3>
596  <h4><em><span style="color: #99cc00;">SEM or Search Engine Marketing<br />
597  </span></em></h4>
598  <p>Need <a title="SEM services" href="/web/20120206070130/http://www.xwebseo.com/internet-
    marketing-services/search-engine-marketing-services/" target="_blank">SEM Services</a> from
    a results driven search engine marketing company ?</p>
599  <p>Call &#8211; 1-888-895-5605</p>
600  </span>                           <div class="excerpt-box">
    <p>Search Engine Marketing Services</p>
601  </div>
602              <a href="/web/20120206070130/http://www.xwebseo.com/services/sem-
    services/" class="more-link">Read More</a>
603                                   </li>
604
605                 <li class="grid_6">
606              <h3>SMM Services</h3>
607                       <span class="description"><span
    class="number">02</span><h3><span style="color: #99cc00;"><em>Social Media Marketing
    Services</em></span></h3>
608  </span>                           <div class="excerpt-box">
    <p>Social Media Marketing Services</p>
609  </div>
610              <a href="/web/20120206070130/http://www.xwebseo.com/services/smm-
    services/" class="more-link">Read More</a>
611                                   </li>
612
613                 <li class="grid_6">
614              <h3>PPC Services</h3>
615                       <span class="description"><span
    class="number">03</span><h3><em><span style="color: #99cc00;">Pay Per Click Advertising
    Services</span></em></h3>
616  <p><em><span style="color: #99cc00;"><br />
617  </span></em></p>
618  </span>                           <div class="excerpt-box"><p>Pay
    Per Click Services with Pay Per Click Advertising Networks. Get Fast traffic with PPC
    marketing<br />
619  Pay Per Click Management-  PPC Advertising Services &#8211;  Pay Per Click Services</p>
620  </div>
621              <a href="/web/20120206070130/http://www.xwebseo.com/services/ppc-
    services/" class="more-link">Read More</a>
622                                   </li>
623
624                 <li class="grid_6">
625              <h3>SEO Services</h3>
626                       <span class="description"><span
    class="number">04</span><h3><span style="color: #99cc00;"><em>Search Engine Optimization
    Services</em></span></h3>
627  </span>                           <div class="excerpt-box">
    <p>Online SEO services for search engine optimization and search engine marketing</p>
628  </div>
629              <a href="/web/20120206070130/http://www.xwebseo.com/services/seo-
```

```
630                                                            </li>
631                          </ul>
632              <!-- end of portfolio_cycle -->
633              <!-- Print a link to this category -->
634
635                                                  </div>          </div><!--
     #content-->
636                      </div><!--.container-->
637      </div>
638      <span id="shingle-left"></span>
639      <span id="shingle-right"></span>
640    </div><!-- .primary_content_wrap -->
641          <footer id="footer">
642                  <div class="container_24 clearfix">
643                      <div class="grid_24">
644          <div id="text-8" class="widget-area">          <div class="textwidget"> <a
     href="/web/20120206070130/http://advertising.microsoft.com/support-center/training-
     accreditation/membership-directory?CompanyID=3767">Microsoft AdCenter PPC Professionals</a>
645
646      <img src="/web/20120206070130im_/http://www.xwebseo.com/wp-
     content/uploads/2011/11/Bingadcenter.png"></div>
647                  </div>
648                      <a href="/web/20120206070130/http://www.xwebseo.com/" title="Internet
     Marketing Services" class="site-name"></a> is proudly powered by <a
     href="/web/20120206070130/http://wordpress.org/">Wordpress</a> <a
     href="/web/20120206070130/http://www.xwebseo.com/?feed=rss2" rel="nofollow">Entries (RSS)
     </a> and <a href="/web/20120206070130/http://www.xwebseo.com/comments/feed/"
     rel="nofollow">Comments (RSS)</a>
649
650        ></div>
651                      </div><!--.container-->
652              </footer>
653      </div><!--#main-->
654      <script type='text/javascript' src='/web/20120206070130js_/http://www.xwebseo.com/wp-
     content/plugins/contact-call-plugin/js/widget.js?ver=1.0.1'></script>
655      <script type='text/javascript'
     src='/web/20120206070130js_/http://cdn.wibiya.com/Toolbars/dir_0881/Toolbar_881625/Loader_8
     81625.js?ver=3.2.1'></script>
656                      <script type="text/javascript">
657                          jQuery(document).ready(function($) {
658                              jQuery('#dc_jqslickcontact_widget-3-
     item').dcSlickContact({
659                                      method: 'float',
660                                      event: 'click',
661                                      classWrapper: 'dc-contact-float',
662                                      classContent: 'dc-contact-content',
663                                      width: 260,
664                                      location: 'top',
665                                      align: 'right',
666                                      speedContent: 600,
667                                      speedFloat: 1500,
668                                      offsetLocation: 50,
669                                      offsetAlign: 50,
670                                      autoClose: false,
671                                      tabText: 'Contact Us',
672                                      idWrapper: 'dc-contact-3',
673                                      animateError: true,
674                                      loadOpen: true,
675                                      ajaxSubmit: true
```

```
676                                                });
677                                            });
678                            </script>
679
680                            <!-- this is used by many Wordpress features and for plugins to
      work proporly -->
681
682      <script type="text/javascript">
683
684        var _gaq = _gaq || [];
685        _gaq.push(['_setAccount', 'UA-11821619-1']);
686        _gaq.push(['_trackPageview']);
687
688        (function() {
689          var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async =
      true;
690          ga.src = ('https:' == document.location.protocol ? '/web/20120206070130/https://ssl' :
      '/web/20120206070130/http://www') + '.google-analytics.com/ga.js';
691          var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(ga, s);
692        })();
693
694      </script><!-- Show Google Analytics -->
695      </body>
696      <!-- Begin Comm100 Live Chat Button Code --><div id="comm100_FloatImageButton"><div><div
      id="comm100_LiveChatDiv"></div><a
      href="/web/20120206070130/http://www.comm100.com/livechat/" onclick="comm100_Chat();return
      false;" target="_blank" title=" Live Chat Help"><img id="comm100_ButtonImage"
      src="/web/20120206070130im_/https://chatserver.comm100.com/BBS.aspx?
      siteId=116973&amp;planId=1930&amp;partnerId=-1" style="border:0px" alt="Live Chat by
      comm100" /></a><script
      src="/web/20120206070130js_/https://chatserver.comm100.com/js/LiveChat.js?
      siteId=116973&amp;planId=1930&amp;partnerId=-1" type="text/javascript"></script></div>
      </div><!-- End Comm100 Live Chat Button Code -->
697      <p>
698      <script id='my_vsp' src='/web/20120206070130js_/http://tweople.com/client/ip_player.js?
      swf=http://tweople.com/client/new_main.swf&amp;flv=http://flash.yourvideopartner.com/comple
      te/11121244a.flv&amp;start=normal&amp;close=shrink&amp;play_when=1&amp;align_right=true&amp
      ;show_loading=yes&amp;width=560&amp;height=420&amp;vlm=80&amp;x_off=290'></script>
699      </p>
700      </html>
701
702
703
704
705      <!--
706          FILE ARCHIVED ON 7:01:30 Feb 6, 2012 AND RETRIEVED FROM THE
707          INTERNET ARCHIVE ON 18:53:57 Mar 3, 2015.
708          JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
709
710          ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
711          SECTION 108(a)(3)).
712      -->
713
```

# EXHIBIT "C"

```
/*
      FILE ARCHIVED ON 22:52:59 Nov 11, 2013 AND RETRIEVED FROM THE
      INTERNET ARCHIVE ON 18:49:24 Mar 3, 2015.
      JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

      ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
      SECTION 108(a)(3)).
*/
function parseGetVars(url) {
        var map = {};
        var parts = url.replace(/[?&]+([^=&]+)=([^&]*)/gi, function(m,key,value) {
        map[key] = value;
        });
        return map;
}
var getVars = parseGetVars(document.getElementById('my_vsp').src);

var my_swf = getVars['swf'];
var vsp_flv = getVars['flv'];
var vsp_flv2 = getVars['flv2'];

var x_off = getVars['x_off'];


        var ma_a = getVars['width'] / 480;
        var ma_b = 200 * ma_a;
        var w = Math.round(ma_b);

        var ma_c = w / 200;
        var ma_d = 150 * ma_c;
        var h = Math.round(ma_d);
//var w = 200;
//var h = 150;

/* Playback Parameters */
if(getVars['start'] == 'mini')
{
        var shrink_on_start = 'yes';
}
else
{
        var shrink_on_start = 'no';
}

if(getVars['close'] == 'shrink')
{
        var shrink_on_end = 'yes';
        var shrink_on_stop = 'yes';
        var close_on_end = 'no';
        var close_on_stop = 'no';
}
else
{
        var shrink_on_end = 'no';
        var shrink_on_stop = 'no';
```

```
                var close_on_end = 'yes';
                var close_on_stop = 'yes';
        }

        if(getVars['show_loading'] == '')
        {
                var show_loading = 'yes';
        }
        else
        {
                var show_loading = getVars['show_loading'];
        }


        if(getVars['vlm'] == '')
        {
                var vlm = 80;
        }
        else
        {
                var vlm = getVars['vlm'];
        }

        var vlm = getVars['vlm'];


        var ip_mv4 = vsp_flv.replace('.flv','.m4v');

        //alert(ip_mv4);

        if (navigator.userAgent.match(/like Mac OS X/i)) {
                if(getVars['align_right'] == 'true'){
                document.write('<div id="iosbox" style="width:480px; height:400px; position:fixed;
background:url(/web/20131111225259/https://tweople.com/graphics/ios_box_right.png); right:0;
bottom:0;"></div><div id="iosvideo" style="width:380px; height:380px; overflow:hidden;
position:fixed; right:0; bottom:9px;" align="center"><video id="html5" class="html5"
src="'+ip_mv4+'" height="360" width="390" controls></video></div><a href=\'javascript:
document.getElementById("iosbox").style.display = "none";
document.getElementById("iosarrow").style.display = "none";
document.getElementById("iosvideo").style.display = "none";
document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
style="width:60px; height:60px; position:fixed; z-index:99999; right:400px; bottom:170px;">
<img src="/web/20131111225259/https://tweople.com/images/closetab_right.png"></div></a>');
                }
                else{
                document.write('<div id="iosbox" style="width:480px; height:400px; position:fixed;
background:url(/web/20131111225259/https://tweople.com/ios_box.png); left:0; bottom:0;"></div>
<div id="iosvideo" style="width:380px; height:380px; overflow:hidden; position:fixed; left:0;
bottom:9px;" align="center"><video id="html5" class="html5" src="'+ip_mv4+'" height="360"
width="390" controls></video></div><a href=\'javascript:
document.getElementById("iosbox").style.display = "none";
document.getElementById("iosarrow").style.display = "none";
document.getElementById("iosvideo").style.display = "none";
document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
style="width:60px; height:60px; position:fixed; z-index:99999; left:400px; bottom:170px;"><img
src="/web/20131111225259/https://tweople.com/images/closetab.png"></div></a>');
                }

        } else {
```

```
/*
        Switch Mode:
        1: Sequential
        2: Random
*/
var switchMode = 2;


/* Date Range:
        If set to false, the optional date range parameter is ignored
        If set to true .. the swf is only displayed if it falls on that reange.
*/
var useDateRange = false;


/*
        Properties are specified as follows:
        'url,width,height,lf_Position, lf_Position_Dynamic, lf_OffSet_Top_Position,
lf_OffSet_Left_Position,right_align,play_when,start_date,end_date,small_width, small_height'
        play_when: 1=any, 2=first visit only, 3=subsequent visits
        date format: {m/d/y H:M} e.g. {9/1/09 13:15} or just the time {9:30}. if blank, just
use {}
*/
var arr_GLOBAL_SOURCE = new Array
(
        my_swf+','+getVars['width']+','+getVars['height']+',3,3,0,0,'+getVars['align_right']+'
,'+getVars['play_when']+',{},{},'+w+','+h

);
/* End Properties */




/*
YHeads-Player playerbase .JS file.
Version 1.5.0.0
Last Modified: 11/29/2009
*/


/* BEGIN --- cookie functions */

var firstVisit = true;

function getCookie(c_name) {
        if (document.cookie.length>0) {
                c_start=document.cookie.indexOf(c_name + "=");
                if (c_start!=-1) {
                        firstVisit = false;
                        c_start=c_start + c_name.length+1;
                        c_end=document.cookie.indexOf(";",c_start);
                        if (c_end==-1)
                                c_end=document.cookie.length;
                        return unescape(document.cookie.substring(c_start,c_end));
                }
        }
        return "";
}

function setCookie(c_name,value,expiredays) {
```

```
                var exdate=new Date();
                exdate.setDate(exdate.getDate()+expiredays);
                document.cookie=c_name+ "=" +escape(value)+((expiredays==null) ? "" :
";expires="+exdate.toGMTString());
}

var cookieName = "swfID";
var cookieVal = getCookie(cookieName);
var swfIndex = 0;

/* END --- cookie functions */


/* START --- Date Check functions */
function validRange(s, e) {
        if ( !s && !e ) {
                return false;
        }
        var v = false;
        if ( s ) {
                v = validDate(s,true)
        }
        if ( e ) {
                var v_e = validDate(e,false)
                if ( v ) {
                        v = v_e;
                }
        }
        return v;
}

function validDate(dt,s) { //yy,mm,dd,hh,mm,ss

        if (!dt)
                return false;

        var today = new Date();

        dt = dt.replace('{', '');
        dt = dt.replace('}', '');
        var y = 0;
        var m = 0;
        var d = 0;
        var hh = 0;
        var mm = 0;

        var arr_dt = dt.split(' ');
        if ( arr_dt[0].split('/')[2]) {
                y = arr_dt[0].split('/')[2];
                m = arr_dt[0].split('/')[0] - 1;
                d = arr_dt[0].split('/')[1];
                if (arr_dt[1]) {
                        hh = arr_dt[1].split(':')[0];
                        mm = arr_dt[1].split(':')[1];
                }
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }
        else if (arr_dt[0].split(':')[1]) { // only time is specified
                y = today.getFullYear();
                m = today.getMonth();
                d = today.getDate();
```

```
                    hh = arr_dt[0].split(':')[0];
                    mm = arr_dt[0].split(':')[1];
                    var v_dt = new Date(y, m, d, hh, mm ,0);
            }


            var days = 0;
            var difference = 0;



            var v_dt = new Date(y, m, d, hh, mm ,0);
            //alert(v_dt.toString());
            difference = v_dt - today;


            days = Math.round(difference/(1000*60*60*24));


            //alert(dt + ' - ' + difference);
            //y + ', ' + m + ', ' + d + ', ' + hh + ', ' + mm + ', 0');
            //alert(v_dt + ' - ' + today + ' - ' + dt + ' - ' + days);


            if (difference < 0 && s) {
                    return true;
            }
            else if(difference > 0 && !s) {
                    return true;

            }
            return false;
    }

/* END ------ Date Check functions */

var arr_GLOBAL = new Array();

if (useDateRange) {
        for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                if ( validRange(arr_prop[9], arr_prop[10]) ) {
                            arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                }
        }

        // if no dates are valid... just pick up the swfs with no date
        if (arr_GLOBAL.length == 0) {
                for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                        if ( !arr_prop[9] && !arr_prop[10] ) {
                                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                        }
                }
        }
}


// at this point, arr_GLOBAL should have valid swfs by date
// narrow down the source to just the filtered videos
if (arr_GLOBAL.length > 0) {
        arr_GLOBAL_SOURCE = arr_GLOBAL;
        arr_GLOBAL = new Array();
}


// now filter by visit
for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
```

```
            var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
            if ( firstVisit && (arr_prop[8] == 1 || arr_prop[8] == 2) ) {
                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
            }
            else if ( firstVisit == false && (arr_prop[8] == 1 || arr_prop[8] == 3) ) {
                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
            }
    }


    // if no movies quality, then ignore previous filter
    /*
    if (arr_GLOBAL.length > 0) {
            arr_GLOBAL = arr_GLOBAL_SOURCE;
    }
    */

    if ( cookieVal.length > 0 ) {

            if (switchMode == 1) {
                    swfIndex = Math.round(cookieVal) + 1;
                    if (swfIndex >= arr_GLOBAL.length) {
                            swfIndex = 0;
                    }
            }
            else {
                    swfIndex = Math.floor(Math.random()*(arr_GLOBAL.length))
            }
    }

    //alert('cookieVal: ' + cookieVal + '\nswitchMode: ' + switchMode + '\narr_GLOBAL: ' +
    arr_GLOBAL + '\nswfIndex: ' + swfIndex);

    setCookie(cookieName, swfIndex, 1);

    if(cookieVal.length > 0 && getVars['play_when'] == 2) { }
    else {
            var arr_SwfInfo = arr_GLOBAL[swfIndex].split(',');

            var lf_URL = arr_SwfInfo[0];
            var GLOBAL_WIDTH = arr_SwfInfo[1];
            var GLOBAL_HEIGHT = arr_SwfInfo[2];
            var lf_Position = arr_SwfInfo[3];
            var lf_Position_Dynamic = arr_SwfInfo[4];
            var lf_OffSet_Top_Position = arr_SwfInfo[5];
            var lf_OffSet_Left_Position = arr_SwfInfo[6];
            var rt_Align = arr_SwfInfo[7];
            var sm_GLOBAL_WIDTH = arr_SwfInfo[11];
            var sm_GLOBAL_HEIGHT = arr_SwfInfo[12];
            var lf_ID = '01010';
            var lfVersion = -1;
            var arrNavInfo = [];
            var lfString;
            var viewState = 1;



    if ( shrink_on_start == undefined ) {
            shrink_on_start = "yes";
    }
    if ( shrink_on_stop == undefined ) {
            shrink_on_stop = "yes";
```

```
if ( close_on_stop == undefined ) {
        close_on_stop = "no";
}

if ( shrink_on_end == undefined ) {
        shrink_on_end = "yes";
}

if ( close_on_end == undefined ) {
        close_on_end = "no";
}

if ( show_loading == undefined ) {
        show_loading = "yes";
}


var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
if (navigator.plugins != null && navigator.plugins.length > 0)
{
    if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave Flash']) {
        var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
        var lfDescription = navigator.plugins['Shockwave Flash' + swVer2].description;
        var descArray = [];
        var tempArrayMajor = [];
        var versionMajor = [];
        var tempArrayMinor = [];
        var versionMinor;
        descArray = lfDescription.split(' ');
        tempArrayMajor = descArray[2].split('.');
        versionMajor = tempArrayMajor[0];
        if (descArray[3] != '') {
            tempArrayMinor = descArray[3].split('r');
        } else {
            tempArrayMinor = descArray[4].split('r');
        }
        versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
        lfVersion = parseFloat(versionMajor + '.' + versionMinor);
    } else {
        for (var i = 8; i < 20; i++)
```

```
    {
        try {
            var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' + i);
            if (objFlash) {
                lfVersion = i;
            }
        } catch(e) {}
    }
}

function initVideo() {
    showLFOW_Video();
}


    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            if (window.addEventListener) window.addEventListener('load', initVideo, false);
            else if (window.attachEvent) window.attachEvent('onload', initVideo);
        } catch(e) {
            showLFOW_Video();
        }
    } else {
        showLFOW_Video();
    }


function showLFOW_Video()
{
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            var lfDiv = document.createElement('div');
            if (lfDiv === undefined) {
                lf_Position = 'err';
            } else if (lfDiv == null) {
                lf_Position = 'err';
            } else {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat") { //this line added by corey 02/23/2010
                        lfDiv.id = divID;
                lfDiv.style.position = 'absolute';
                lfDiv.style.zIndex = 9999;
                lfDiv.style.left = 0;
                lfDiv.style.top = 0;
                lfDiv.style.height = GLOBAL_HEIGHT;
                lfDiv.style.width = GLOBAL_WIDTH;
                lfDiv.style.visibility = 'visible';
                        lfDiv.style.overflow = 'hidden';
                //lfDiv.style.overflow = 'hidden';
                        }/////////This area added by corey 02/23/2010
                        else { ///////////////////////////////
                        lfDiv.id = divID; ////////////////////
                        lfDiv.style.position = 'fixed'; //////
                        lfDiv.style.zIndex = 9999; //////////
                        lfDiv.style.left = 0; ////////////////
                        lfDiv.style.bottom = 0; //////////////
                        lfDiv.style.height = GLOBAL_HEIGHT; //
                        lfDiv.style.width = GLOBAL_WIDTH; ////
                        lfDiv.style.visibility = 'visible'; //
                        lfDiv.style.overflow = 'hidden';
                        //lfDiv.style.overflow = 'hidden'; /////
                        }///////////////////////////////////
                }
```

```
        } catch(e) {
            lf_Position = 'err';
        }
    }
    makeScript()
    if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !== 'na')) {
        lfDiv.innerHTML = lfString;
        document.body.appendChild(lfDiv);
    } else if (lf_Position !== 2) {
        if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
            {
                document.write( '<div id="' + divID +'" style="overflow:hidden;
position: absolute;z-index: 999;left: 0px;top: 0px;height: '+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
            }
            else
            {
                document.write( '<div id="' + divID +'" style="overflow:hidden;
bottom:0px left:0px; z-index: 999; top:0px; height: '+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
            }


    }
        else {

                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat")
                {
                    document.write( '<div id="' + divID +'" style="overflow:hidden;
position: relative;z-index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
lf_OffSet_Top_Position + 'px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                }
                else
                {
                    document.write( '<div id="' + divID +'" style="overflow:hidden;
bottom:0px z-index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
lf_OffSet_Top_Position + 'px; height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                }
    }

        switch (arrNavInfo[0]) {
            case 'ie':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
                            window.onresize = moveVid;
                            //window.onscroll = ScrollHnd;
                //window.onresize = ScrollHnd;
                //window.setInterval('ScrollHnd()', 30);
            break;
            case 'gek':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
```

```
                              window.onresize = moveVid;
                    break;
                    case 'opr':
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    break;
                    case 'kde':
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    break;
                    case 'wtv':
                        if (window.onscroll === undefined) {
                            window.setInterval('ScrollHnd()', 30);
                        } else {
                            window.onscroll = ScrollHnd;
                            window.onresize = ScrollHnd;
                        }
                    break;
                }
                ScrollHnd();


}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

    }
    else if (objDoc.body && ( objDoc.body.clientWidth || objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
```

```
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft ||
objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft;
            if (rt_Align == 'true') /*** added 9/22/09 ***/
                divLeft += screenX;
    divTop = divTop + screenY;
    divLeft = divLeft;
            if (rt_Align == 'true'){  /*** added 9/22/09 : Modified 11/30/09 ***/
                if (viewState == 1) {
                        divLeft += (screenWd - GLOBAL_WIDTH);
                }
                else {
                        divLeft += (screenWd - sm_GLOBAL_WIDTH - 30);
                }
            }
            if (viewState == 1) {
        divTop = divTop + (screenHt - GLOBAL_HEIGHT);
            }
            else {
        divTop = divTop + (screenHt - GLOBAL_HEIGHT) + (GLOBAL_HEIGHT - sm_GLOBAL_HEIGHT);
            }
    divScroll.left = divLeft + 'px';
        if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
        {
    divScroll.top = divTop + 'px';
        }
}
function makeScript()
{
    lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000' width='" +
GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj" + lf_ID + "' align='middle'
codebase='/web/20131111225259/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash
.cab#version=8,0,24,0' >";
    lfString += "<param name='movie' value='" + lf_URL + "' />";
    lfString += "<param name='quality' value='high' />";
    lfString += "<param name='wmode' value='transparent' />";
    lfString += "<param name='flashvars'
value='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&shrink_on_start="
+ shrink_on_start + "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop +
"&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" +
show_loading + "' />";
    lfString += "<param name='allowScriptAccess' value='always' />";
    lfString += "<param name='loop' value='false' />";
    lfString += "<embed src='" + lf_URL + "' allowScriptAccess='always' quality='high'
wmode='transparent'
flashvars='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&w=" +
sm_GLOBAL_WIDTH + "&h=" + sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start +
```

```
    "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop + "&shrink_on_end=" +
shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" + show_loading +
"&awidth='" + GLOBAL_WIDTH + "&aheight='" + GLOBAL_HEIGHT + "' loop='false' width='" +
GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' name='obj" + lf_ID + "' align='middle'
type='application/x-shockwave-flash'
pluginspage='/web/20131111225259/https://www.macromedia.com/go/getflashplayer' />";
    lfString += "</object>";
}


function yh_hide() {
        ScrollHnd();
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.display = 'none';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.display = 'none';
                }
                else { // IE 4
                        document.all.divID.style.display = 'none';
                }
        }
        ScrollHnd();
}


function yh_grow() {
        ScrollHnd();
        viewState = 1;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = GLOBAL_HEIGHT + 'px';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = GLOBAL_WIDTH + 'px';
                        document.divID.height = GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
                        document.all.divID.style.width = GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = GLOBAL_HEIGHT + 'px';
                }
        }
        ScrollHnd();
}


function yh_shrink() {
        ScrollHnd();
        viewState = 2;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = sm_GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = sm_GLOBAL_HEIGHT + 'px';
                //document.getElementById(divID).style.overflow = 'hidden';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = sm_GLOBAL_WIDTH + 'px';
                        document.divID.height = sm_GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
                        document.all.divID.style.width = sm_GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = sm_GLOBAL_HEIGHT + 'px';
```

Case 2:14-cv-03425-DMG-SK   Document 1   Filed 07/21/15   Page 59 of 59   Page ID #:59

```
                    }
            }
         ScrollHnd();
  }



function moveVid() {
         document.getElementById(divID).offsetLeft = lf_OffSet_Left_Position - GLOBAL_WIDTH;
         document.getElementById(divID).offsetTop = lf_OffSet_Top_Position - GLOBAL_HEIGHT;
  }

  }
  }
```